# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SORALIZ CARTAGENA and
NELSON FIGUEROA, individually
and on behalf of their child,
J. F., a minor,

    Plaintiffs,

vs.

Case No.

MARIA MARTINO-VILLANUEVA, M.D.;
KRYSTA FEE, CNM;
WOMEN'S CARE FLORIDA, LLC; and
SUNCOAST COMMUNITY HEALTH CENTERS, INC.,

    Defendants.

## NOTICE OF REMOVAL

Pursuant to 42 U.S.C. § 233(c) and Local Rule 1.06, the United States removes this action to the United States District Court for the Middle District of Florida, Tampa Division, and respectfully says:

1. On February 5, 2021, the plaintiffs Soraliz Cartagena and Nelson Figueroa, individually and on behalf of their minor child J.F., filed an action in the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida, captioned *Soraliz Cartagena and Nelson Figueroa, individually and on behalf of their child, J.F., a minor*, Case No. 2021-CA-000336. The United States attaches a copy of the state court complaint (Exhibit 1); a copy of the state court docket sheet (Exhibit 2); and

a copy of each paper docketed in the state court as required by Local Rule 1.06(b) (Exhibit 3).

2. This is a medical malpractice action related to care that Plaintiff Cartagena and her minor child received during labor and delivery from Defendants Suncoast Community Health Centers, Inc., Maria Martino-Villanueva, M.D., and Krysta Fee, CNM.

3. By operation of the Federally Supported Health Centers Assistance Act (42 U.S.C. § 233(g)-(n)), Defendant Suncoast Community Health Centers, Inc., was deemed to be an employee of the Public Health Service for purposes of 42 U.S.C. § 233.

4. Pursuant to 42 U.S.C. § 233(c) and 28 C.F.R. § 15.4, the Acting United States Attorney certified that Suncoast Community Health Centers, Inc., Defendant Fee, and Defendant Martino-Villanueva were acting within the scope of their federal employment at the time of the alleged incident from which Plaintiffs' purported claims arose. A copy of that certification is attached as Exhibit 4.

5. 42 U.S.C § 233(c) requires the removal of an action commenced in state court for damage for personal injury resulting from the performance of medical, surgical, or related functions by any officer or employee of the Public Health Service while acting within the scope of his or her employment.

6. The state court action was filed in Polk County, which is included in the Tampa Division of this Court, so this action is properly removed to the Tampa Division. *See* Local Rule 1.06(a).

7. WHEREFORE, the United States removes this action to the United States District Court, Middle District of Florida, Tampa Division.

> Respectfully submitted,
>
> ROGER B. HANDBERG
> United States Attorney
>
> By: *s/ Mamie V. Wise*
> MAMIE V. WISE
> Assistant United States Attorney
> Florida Bar No. 65570
> 400 North Tampa Street, Suite 3200
> Tampa, Florida 33602
> Telephone: 813-274-6000
> Facsimile: 813-274-6200
> E-mail: mamie.wise@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2022, I served a true and correct copy of the foregoing document by U.S. Mail, with a courtesy copy by e-mail, on the following:

> Jonathan T. Gilbert, Esq.
> Florida Bar No. 064829
> Ronald S. Gilbert, Esq.
> Florida Bar No. 375421
> Colling Gilbert Wright & Carter, LLC
> 801 N. Orange Avenue, Suite 830
> Orlando, FL 32801
> jgilbert@thefloridafirm.com
>
> *s/ Mamie V. Wise*
> Assistant United States Attorney