UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SORALIZ CARTAGENA and
NELSON FIGUEROA, individually
and on behalf of their child, J.F., a minor,

    Plaintiffs,

v.                                                 Case No: 8:22-cv-0842-KKM-SPF

MARIA MARTINO-VILLANUEVA,
M.D., KRYSTA FEE, CNM, WOMEN'S
CARE FLORIDA, LLC, and SUNCOAST
COMMUNITY HEALTH CENTERS, INC.,

    Defendants.
_____

## ORDER

    Plaintiffs move to stay the case and conduct limited discovery. (Doc. 24.) Defendants Women's Care Florida, LLC, and the United States—on behalf of Defendants Dr. Maria Martino-Villanueva, Krysta Fee, and Suncoast Community Health Centers, Inc.—oppose the motion. (Doc. 31; Doc. 32.) Following a telephonic hearing, the Court grants the motion in part and will allow Plaintiffs to seek brief, limited discovery.

    Plaintiffs' requests for production of documents are due to Defendants by Wednesday, **June 22, 2022**. Defendants must produce any responsive documents within the below-identified scope no later than Friday, **July 1, 2022**. Any supplemental briefing

addressing whether Martino was acting within the scope of her independent-contractor agreement with Suncoast during Cartagena's labor and delivery must be filed by **July 15, 2022**. The parties may attach exhibits to support their arguments, but the briefing itself must not exceed **ten pages**.

As to the scope of discovery, Plaintiffs are permitted to seek discovery through interrogatories and requests for document production as to three categories:

1. Any employment contracts and addendums between Martino and Women's Care and Martino and Suncoast in effect in March 2017.

2. Any agreements between Women's Care and Suncoast in effect in March 2017 to the extent those agreements implicate Martino's job responsibilities for either entity.

3. Women's Care's billing records related to Cartagena's labor and delivery, if any exist.

**ORDERED** in Tampa, Florida, on June 17, 2022.

Kathryn Kimball Mizelle
United States District Judge

2